# Erika N. Wyatt

**From:** Erika N. Wyatt <ewyatt@sdflaw.com>
**Sent:** Thursday, June 7, 2018 3:50 PM
**To:** Teri Hagerott (terinhagerott@gmail.com); adamjp78@gmail.com
**Subject:** Hagerott AR Balance [IWOV-iManage.FID673365]

Hi Teri and Adam,

Our Executive Director just called me about your account because the May bills are about to go out, and we did not get payment on your April bill, which was $43,299.65. They will not allow me to carry such a high receivable. Can you please bring it current?

Thanks,
Erika

SCHILLER
DuCANTO
& FLECK LLP

Erika N. Wyatt | *Attorney at Law*
Schiller DuCanto & Fleck LLP | www.sdflaw.com
310 South County Farm Road, Suite 300 | Wheaton, IL 60187-4526
Direct (630) 784-7403 | Fax (630) 665-6082 | EWyatt@sdflaw.com

Service by Facsimile Transmission and Email Will Be Accepted at wheatonservice@sdflaw.com , Unless Opted Out

This email contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee above. If you are not the intended recipient of this email, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us by telephone and delete this message.



EXHIBIT C

# Erika N. Wyatt

**From:** Adam Potter <adamjp78@gmail.com>
**Sent:** Thursday, June 14, 2018 11:46 PM
**To:** Erika N. Wyatt; Teri Hagerott
**Subject:** Payment of Invoice

Hi Erika,
I wanted to briefly update you on payment of invoice.

> Teri is going to pay $10k and I will charge $10k tomorrow.

> By Monday, my brother, Jared, should be able to call in and charge $20k while Teri brings the final $2k later that week.

Going forward, we can do $10k-$12k per month leading up to and going on after the trial.

Your firm spent the $50k retainer within the first three months and then $42k in April alone which was highly unanticipated. With the extension from July 21 to Sept 12, we request the runway needs to be extended to repay beyond trial.

If you would like another family member to guarantee payment, please let me know.

R/Adam Potter

1